THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK SCHECTER, Appellant.

Argued October 2, 1939; decided October 17, 1939.

*Joseph A. Gavagan* and *George W. Gavagan* for appellant.

*Thomas E. Dewey, District Attorney (Manuel Robbins* and *Stanley H. Fuld* of counsel), for respondent.

Judgments reversed and information dismissed. There is insufficient evidence to sustain the conviction. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.